

# Fourth Court of Appeals
## San Antonio, Texas

July 20, 2021

No. 04-20-00528-CV

Alberto **MUNIZ** and Bridget Muniz,
Appellants

v.

Mike **DUGI** and Mary Ann Dugi,
Appellees

From the 198th Judicial District Court, Bandera County, Texas
Trial Court No. CVDO-18-0000406
Honorable M. Rex Emerson, Judge Presiding

## O R D E R

The Appellees' Motion for Extension of Time to File Brief is hereby GRANTED. The appellees' brief is due on or before July 26, 2021. No further extensions will be granted.

_____
Rebeca C. Martinez, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 20th day of July, 2021.



_____
MICHAEL A. CRUZ, Clerk of Court